## STONE v. MARTIN

No. 302P87.

Case below: 85 N.C. App. 410.

Petition by defendants (Martin and Sanderford) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Notice of appeal by defendants (Martin and Sanderford) pursuant to G.S. 7A-30 dismissed 3 September 1987.

## VANDOOREN v. STROUD

No. 15P87.

Case below: 86 N.C. App. 234.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## WARNER v. DUPEA

No. 371P87.

Case below: 86 N.C. App. 113.

Petition by defendant (Craft) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Notice of appeal by defendant (Craft) pursuant to G.S. 7A-30 dismissed 3 September 1987.

## WELSH v. NORTHERN TELECOM, INC.

No. 271P87.

Case below: 85 N.C. App. 281.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.